# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH GOOGLE EMAIL ADDRESSES UNITE2JAMINC@GMAIL.COM, UNITYJAMII@GMAIL.COM, JONESVILLEREALTYFINANCE@GMAIL.COM, AND PARADISE.QUEST.SM52@GMAIL.COM, SEE ATTACHMENT A-1

Case No. 18-M-1238

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

INFORMATION ASSOCIATED WITH GOOGLE EMAIL ADDRESSES UNITE2JAMINC@GMAIL.COM, UNITYJAMII@GMAIL.COM, JONESVILLEREALTYFINANCE@GMAIL.COM, AND PARADISE.QUEST.SM52@GMAIL.COM, SEE ATTACHMENT A-I

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B-1

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE 4/9/18 *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to William E. Duffin _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/2/18 @ 11:35 a.m.

Judge's signature

City and State: Milwaukee, Wisconsin.    William E. Duffin, U.S. Magistrate Judge
*Printed Name and Title*

## Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 318B-MW-2079643 | April 02, 2018 1:48pm | (Provider) N/A |

Inventory made in the presence of:

Inventory of the property taken and/or name of any person(s) seized:

emails for unityjamil@gmail.com, et al

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 9/4/19

*Executing officer's signature*

Jennifer Walkowski, FBI SA
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: 9/4/19

*United States Magistrate Judge*
Deputy Clerk.

## ATTACHMENT A-1

**Property to Be Searched**

This warrant applies to information associated with Google accounts unite2jaminc@gmail.com, unityjamii@gmail.com, jonesvillerealtyfinance@gmail.com, and paradise.quest.sm52@gmail.com that is stored at premises controlled by Google, a company that accepts service of legal process at 1600 Amphitheatre Parkway in Mountain View, California.

## ATTACHMENT B-1

### Particular Things to be Seized

I. **Information to be disclosed by Google (the "Provider")**

To the extent that the information described in Attachment A-1 is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A, for the time period of January 1, 2014 to the present:

a. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

2

e.  All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

f.  All communications, in whatever form, and other information from Google Hangouts associated with the account;

g.  All information and documents from Google Docs associated with the account;

h.  All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Google; and

i.  For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

The Provider is hereby ordered to disclose the above information to the government within fourteen days of the issuance of this warrant.

**II.  Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 1343 and 1349; those violations involving Michael Krill, Eric Murray, Harvey Graham, Wanda Collier, Noami Ratinov, individuals going by those names as aliases, and others unknown to law enforcement and occurring after January 1, 2014, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Communications between Krill, Murray, Graham, Collier, Ratinov, and their co-actors and victims in furtherance of their scheme to defraud their victims.

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

3

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the persons who created or used the user ID, including records that help reveal the whereabouts of such persons.

(e) Files and records that contain financial information, credit card numbers, social security numbers, bank account numbers, and other personal identifiable information;

(f) The identity of the persons who communicated with the user ID about matters relating to the scheme to defraud described above, including records that help reveal their whereabouts.

4